IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 624-03 |
| | ) | |
| CHRISTOPHER JERAMY BLAIR | ) | |

**O R D E R**

By way of an amended motion, (doc. no. 24), Defendant seeks to stay the case pending resolution of three state criminal appeals that challenge his status as a felon at the time of the offense conduct alleged in the indictment *sub judice*. The government agrees a stay is appropriate. (Doc. no. 28.) Upon consideration, the Court **GRANTS** the amended motion, (doc. no. 24), and **STAYS** the entire case pending resolution of the related state criminal appeals.

**IT IS ORDERED** that the period of time from the date of this Order until resolution of the state criminal appeals is excludable from calculation under the Speedy Trial Act because the stay: (1) is not for the purpose of delay, but instead to further justice and protect Defendant's rights to a fair trial by allowing reasonable time necessary, assuming due diligence, for effective preparation of counsel; (2) serves the ends of justice and outweighs all interests in a speedy trial; and (3) may prevent a miscarriage of justice. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The Court **DIRECTS** the parties to file a joint status report within seven days of all three state criminal appeals being decided. The Court further **DIRECTS** the **CLERK** to **TERMINATE** the original deficient motion to stay. (Doc. no. 21.)

SO ORDERED this 24th day of April, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA